IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| DARLENE V. ODEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant | No. C13-2081<br><br>ORDER GRANTING APPLICATION<br>FOR ATTORNEY FEES |

This matter comes before the Court on the Application for Attorneys Fees Under the Equal Access to Justice Act (docket number 16) filed by the Plaintiff on October 1, 2014, and the Response (docket number 17) filed by the Defendant on October 10, 2014. Plaintiff requests that the Court order attorney fees in the amount of $4,272.38. According to the response, Defendant agrees to the request. The Court finds the application should be granted.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Attorneys Fees (docket number 16) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Four Thousand Two Hundred Seventy-Two Dollars and thirty-eight cents ($4,272.38) to be paid by the Social Security Administration.

DATED this 10th day of October, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA